Priority ✓
Send ✓
Enter ✓
Closed
~~JS-5~~ JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STEVEN MCNEAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. CV 07-4856-FMC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: Jan. 28, 2008.

*Florence Marie Cooper*
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\MCNEAL, B 4856\Judgment.wpd